**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Wasen A., | Civil No. 18-cv-3242 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Andrew Saul, Commissioner of Social Security, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated January 31, 2020 [Doc. No. 17]. No objections have been filed to the Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, and upon all of the files, records, and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Doc. No. 12] is **DENIED**; and

2. The Defendant's Motion for Summary Judgment [Doc. No. 16] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 19, 2020

s/Susan Richard Nelson<br>
SUSAN RICHARD NELSON<br>
United States District Judge